**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-CV-2470-DDD-KMT

LAWRENCE EDWARDS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

OILEX, INC. d/b/a/ GREASE MONKEY, a Colorado corporation; and
WAYNE GLASSER, an individual,

    Defendant.

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

    Plaintiff Lawrence Edwards, on behalf of himself and all others similarly situated, by and through counsel, Leventhal Lewis Kuhn Taylor Swan PC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully notices the dismissal of this action without prejudice.

    Respectfully submitted this 18th day of October, 2021.

    */s/ Andrew E. Swan*
Paul F. Lewis
Michael D. Kuhn
Andrew E. Swan
LEVENTHAL | LEWIS
KUHN TAYLOR SWAN PC
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903
Telephone:  (719) 694-3000
Facsimile:   (866) 515-8628
Email:      plewis@ll.law
        mkuhn@ll.law
        aswan@ll.law

*Attorneys for Plaintiff*